UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X

JOSEPH L. REYES,

                          Plaintiff,                      05 Civ. 3876 (RWS)

     -against-

LODU CORPORATION, DULO CORPORATION and     **NOTICE OF**
LARRY & JEFF'S BICYCLES PLUS,                          **MOTION**

                          Defendants.

---------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that, on Wednesday, September 21, 2005, at 10:00 in the forenoon, or such other date and time as the Court may determine, defendant LODU CORPORATION ("Lodu"), by its undersigned attorney, shall move this Court, before the Hon. Robert W. Sweet, U.S.D.J., at the Courthouse, 500 Pearl Street, Courtroom, New York, New York, 10007, for an order dismissing this action in its entirety as against Lodu pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and granting such other and further relief in favor of Lodu and against plaintiff Joseph L. Reyes as the Court deems just and proper.

        **PLEASE TAKE FURTHER NOTICE** that papers in opposition to the instant motion shall be served so as to be received by the undersigned counsel no later than Tuesday,

2

September 6, 2005, and shall be filed in accordance with the applicable Local Rules of the Southern District of New York and this Court.

Dated:   New York, New York
         August 5, 2005

                                                    Yours, etc.

                                                  ERIC M. NELSON (EN-4307)
                                                  Attorney at Law

                                                  _____
                                                  1140 Avenue of the Americas, 19th Floor
                                                  New York, New York  10036
                                                  Telephone: (212) 354-3666
                                                  Attorney for Defendant Lodu Corporation

TO:   RAYMOND NARDO
      Attorney at Law
      129 Third Street
      Mineola, New York 11501
      Telephone: (516) 248-2121
      Attorney for Plaintiff

      Robert S. Markfield, Esq.
      MARKFIELD & SOLOMON, LLP
      845 Third Avenue
      New York, New York 10022
      Telephone: (212) 752-2800
      Attorneys for Defendant Dulo Corporation